# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0258. STACEY FORRESTER v. WAYNE FORRESTER.**

Stacey Forrester filed this discretionary application, seeking review of a contempt order. In that order, the trial court recounted that Stacey Forrester's former husband, Wayne Forrester, had filed a motion for contempt, alleging that she had violated terms of their divorce decree that provided him with certain visitation with their children. The trial court granted the contempt motion, ordering among other things, that Stacey Forrester pay Wayne Forrester designated monies.

Within 30 days of the entry of that order, Stacey Forrester filed this discretionary application. Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" are directly appealable. And "[u]nder Georgia law, visitation rights are a part of custody." *Vines v Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013) (citation omitted). Therefore, the contempt order that Stacey Forrester seeks to appeal is directly appealable. See *Froehlich v. Froehlich*, 297 Ga. 551, 554 (2) (775 SE2d 534) (2015).

We will grant a timely filed discretionary application if the lower court's order is subject to direct appeal. OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Stacey Forrester shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice The clerk of the trial court is

directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  01/26/2017*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*